■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER J. TRAYES, Appellant. [10 NYS3d 915]—Appeals (1) from a judgment of the County Court of Broome County (Cawley, J.), rendered July 31, 2013, convicting defendant upon his plea of guilty of the crimes of aggravated unlicensed operation of a motor vehicle in the first degree and driving while intoxicated, and (2) from a judgment of said court, rendered July 31, 2013, which revoked defendant's probation and imposed a sentence of imprisonment.

Judgments affirmed. No opinion.

Lahtinen, J.P., Rose, Devine and Clark, JJ., concur. Ordered that the judgments are affirmed.